# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Leadiant Biosciences, Inc | 11/25/2022 | 266303 | Check | $ 584,720.42 |
| Akorn Operating Company, LLC | Leadiant Biosciences, Inc | 12/30/2022 | | Wire | $ 368,686.08 |
| | | | | | $ 953,406.50 |