# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                         Plaintiff,<br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>                         Defendant. | Adv. Proc. No. 25-50160 (KBO) |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Leadiant Biosciences, Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 11, 2025 (the "Complaint") [Adv. Docket No. 1].

2. This Court issued the summons to the Complaint on April 18, 2025. [Adv. Docket No. 3]

3. Defendant's deadline to respond to the Complaint is May 19, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4.      The parties agree that Defendant shall have through and including June 16, 2025, to respond, answer, or otherwise plead to the Complaint.

Dated: May 19, 2025

| **Saul Ewing LLP** | **Gellert Seitz Busenkell & Brown, LLC** |
|---|---|
| /s/    *Paige N. Topper*             | */s/ Michael G. Busenkell*             |
| Evan T. Miller (DE Bar No. 5364) | Amy D. Brown |
| Paige N. Topper (DE Bar No. 6470) | Michael G. Busenkell |
| 1201 N. Market Street, Suite 2300 | 1201 N Orange Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302)425-5800 |
| evan.miller@saul.com | abrown@gsbblaw.com |
| paige.topper@saul.com | mbusenkell@gsbblaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |