## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No.: 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50160 (KBO) |

**NOTICE OF SERVICE REGARDING DEFENDANT
LEADIANT BIOSCIENCES INC.'S INITIAL DISCLOSURES OF WITNESSES AND
DOCUMENTS PURSUANT TO RULE 26(a)(1)**

PLEASE TAKE NOTICE that the undersigned hereby certify that on July 11, 2025, they caused a true and correct copy of *Defendant Leadiant Biosciences Inc.'s Initial Disclosures Of Witnesses and Documents Pursuant to Rule 26(a)(1)* to be served via electronic mail upon the parties below:

> Evan T. Miller, Esq.
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> P. O. Box 1266
> Wilmington, DE 19899
> Email: evan.miller@saul.com
>
> Turner Falk, Esq.
> Saul Ewing LLP
> 1500 Market Street
> Center Square West, 38th Floor
> Philadelphia, PA 19102
> Email: turner.falk@saul.com

Dated:  July 11, 2025  **GELLERT SEITZ BUSENKELL & BROWN, LLC**

By: */s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5814
E-mail:  mbusenkell@gsbblaw.com

and

*/s/ Fernando J. Menendez*
Fernando J. Menendez, Esq.
Florida Bar No.: 18167
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Tel:  (305) 372-8282
Fax:  (305) 372-8202
E-mail:  fmenendez@sequorlaw.com

*Counsel for Leadiant Biosciences, Inc.*