# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | : Chapter 7<br>:<br>: Case No.: 23-10253 (KBO)<br>:<br>: (Jointly Administered)<br>: |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>: Adv. Proc. No. 25-50160 (KBO)<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT LEADIANT BIOSCIENCES INC.'S MOTION TO DISMISS COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS AND TO DISALLOW CLAIMS

Defendant, Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharmaceuticals, Inc. ("**Leadiant**"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (collectively, the "**Rules**"), made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and sections 502, 547, 548, and 550 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**"), hereby move (the "**Motion**") for entry of an order dismissing the *Complaint for Avoidance and Recovery of Transfers Under 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Under 11 U.S.C. § 502* [Adv. D.I. 1] (the

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers and cases numbers, are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO) ("**Akorn Holding**"); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO) ("**Akorn Intermediate**"); and Akorn Operating Company LLC (6184), Case No. 23- 10255 ("**Akorn**" and collectively, "**Debtors**"). Debtors' headquarters is at 5605 CenterPoint Court, Gurnee, IL 60031.

"**Complaint**"), filed by George L. Miller, in his capacity as the Chapter 7 Trustee (the "**Trustee**"), in its entirety. In support of the Motion, Leadiant relies upon its brief in support of the Motion filed.

Dated: July 17, 2025          **GELLERT SEITZ BUSENKELL & BROWN, LLC**

    By: */s/ Michael Busenkell*
    Michael Busenkell (DE 3933)
    1201 North Orange Street, Suite 300
    Wilmington, DE 19801
    Telephone: (302) 425-5800
    Fax: (302) 425-5814
    E-mail: mbusenkell@gsbblaw.com

    and

    */s/ Fernando J. Menendez*
    Fernando J. Menendez, Esq.
    Florida Bar No.: 18167
    SEQUOR LAW
    1111 Brickell Avenue, Suite 1250
    Miami, FL  33131
    Tel:    (305) 372-8282
    Fax:    (305) 372-8202
    E-mail:    fmenendez@sequorlaw.com

    *Counsel for Leadiant Biosciences, Inc.*