# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | : Case No.: 23-10253 (KBO) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | : |
| | : |
| Plaintiff, | : Adv. Proc. No. 25-50160 (KBO) |
| v. | : |
| LEADIANT BIOSCIENCES, INC., | : |
| Defendant. | : |

## ORDER GRANTING DEFENDANT LEADIANT BIOSCIENCES INC.'S MOTION TO DISMISS COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS AND TO DISALLOW CLAIMS

UPON CONSIDERATION of Defendant, Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharmaceuticals, Inc.'s ("**Leadiant**"), Motion to Dismiss Complaint for Avoidance and Recovery of Transfers and to Disallow Claims in the above-captioned adversary proceeding (the "**Motion**"); and the Court having reviewed the Motion, the accompanying memorandum of law in support of the Motion, and the responses thereto, if any;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers and cases numbers, are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO) ("**Akorn Holding**"); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO) ("**Akorn Intermediate**"); and Akorn Operating Company LLC (6184), Case No. 23- 10255 ("**Akorn**" and collectively, "**Debtors**"). Debtors' headquarters is at 5605 CenterPoint Court, Gurnee, IL 60031.

and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Complaint is dismissed with prejudice as against Leadiant.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.