## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, I caused a true and correct copy of *Defendant Leadiant Biosciences Inc.'s Motion to Dismiss Complaint For Avoidance and Recovery of Transfers and to Disallow Claims and Opening Brief* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

> Evan T. Miller, Esq.
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> P. O. Box 1266
> Wilmington, DE 19899
> Email: evan.miller@saul.com
>
> Turner Falk, Esq.
> Saul Ewing LLP
> 1500 Market Street
> Center Square West, 38th Floor
> Philadelphia, PA 19102
> Email: turner.falk@saul.com

Dated:  July 17, 2025

By: */s/ Michael Busenkell*
Michael Busenkell (DE 3933)