# **<u>EXHIBIT A</u>**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Akorn Holding Company LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number | 23-10253 (KBO) |

Official Form 410

# Proof of Claim 04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

---

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharmaceuticals, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Fernando Menendez, Sequor Law, P.A.
Name
1111 Brickell Avenue, Suite 1250
Number    Street
Miami,               FL      33131
City              State       ZIP Code

Contact phone  (305) 372-8282
Contact email  fmenendez@sequorlaw.com

Where should payments to the creditor be sent? (if different)

Giuseppe Izzi, Leadiant Biosciences, Inc.
Name
530 Gaither Road, Suite 300
Number    Street
Rockville            MD     20850
City              State       ZIP Code

Contact phone  (301) 948-1041, ext. 2184
Contact email  giuseppe.izzi@leadiant.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____
                                                                       MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                        Proof of Claim                         page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

**7. How much is the claim?** $_____2,270,584.19_____. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold and licensing rights. See addendum.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410                                        Proof of Claim                                        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☑ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 217,828.94 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/22/2023
                   MM / DD / YYYY

*David Sandoval*  Digitally signed by David Sandoval
                  Date: 2023.06.22 15:34:10 -04'00'
Signature

**Print the name of the person who is completing and signing this claim:**

Name       David Sandoval, Esq.
           First name        Middle name        Last name

Title      Chief Legal Officer

Company    Leadiant Biosciences, Inc.
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    530 Gaither Road, Suite 300
           Number         Street
           Rockville                              MD            20850
           City                                   State         ZIP Code

Contact phone  (301) 670-2482                     Email  david.sandoval@leadiant.com

Official Form 410                    **Proof of Claim**                         page 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | : Case No.: 23-10253 (KBO) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## ADDENDUM TO PROOF OF CLAIM OF LEADIANT BIOSCIENCES, INC.[2]

Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharmaceuticals, Inc. ("**Claimant**"), asserts this claim ("**Proof of Claim**") against Akorn Operating Company LLC ("**Akorn Operating**" or the "**Debtor**"), as assignee of Akorn Holding Topco LLC, successor-in-interest to Akorn, Inc., for all amounts due and owing to Claimant pursuant to the terms of that certain License Agreement dated April 1, 2016 (the "**License Agreement**"),[3] which expired post-petition on March 30, 2023 pursuant to Leadiant's pre-petition notice of termination, dated as of March 7, 2022 (the "**Termination Notice**"), a true and correct copy of which is attached as **Exhibit "A"** hereto.

Claimant's rights and claims are based upon the License Agreement, including all purchase orders and invoices issued thereunder. The additional relevant documents concerning amounts owed to Claimant are voluminous, are within the possession, custody, or control of the Debtor, but shall be made available upon request.

## AMOUNT OF CLAIM

The Debtor owes Claimant a total amount of no less than $2,270,584.19 through February 23, 2023 (the "**Petition Date**") relating to unpaid amounts owed by Claimant under the License Agreement as reflected in the following:

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO) ("**Akorn Holding**"); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO) ("**Akorn Intermediate**"); and Akorn Operating (6184), Case No. 23- 10255 (collectively, the "**Debtors**"). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] This claim, which is also being filed in the jointly administered proceeding of Akorn Operating Company, LLC, is also being filed in this proceeding in an abundance of caution as a result of the joint administration of the Debtors' estates.

[3] The License Agreement and related invoices and purchase orders among the parties have been withheld to protect confidential information, in accordance with the terms of the License Agreement, but can be made available upon request and/or as may be required pursuant to any directive and/or accompanying safeguards (against the dissemination of confidential information) provided by the Court in this proceeding.

A. <u>**Minimum Annual Guarantee**</u>

As of the Petition Date, the Debtor owes royalty payments to Claimant under the License Agreement (including Minimal Annual Guarantee[4] payments) in the amount of (i) $185,493.33 with respect to the Leadiant's royalty rights relating to the Debtor's sale of Generic Oral Solution;[5] and (ii) $378,483.22 with respect to the Leadiant's royalty rights relating to the Debtor's sale of Generic Tablets and Generic Oral Solution.[6] In addition to these amounts, Claimant is owed royalties for the Debtor's sale of Generic Tablets in the first quarter of 2023, which have not yet been reported.

**TOTAL** $563,976.55

B. <u>**Amounts Owed under License Agreement**</u>

In addition to the foregoing, Leadiant is also owed a total of no less than $1,706,607.64 through the Petition Date for Generic Tablets ordered by the Debtor pursuant to purchase orders with Leadiant. Specifically, the Debtor owes Leadiant a total of $432,210.80 on account of Generic Tablets that were delivered to the Debtor prior to the Petition Date with respect to the following invoices:

| **Invoice Number** | **Outstanding Balance** |
|---|---|
| 206273 | $214,381.86 |
| 206274 | $217,828.94 |

The amount of $217,828.94 owed under Invoice Number 206274 constitutes an administrative priority claim under 11 U.S.C. §§ 507(a)(2) and 503(b)(9) for goods sold in the ordinary course of the Debtor's business, which were delivered on February 6, 2023, i.e., within 20 days before the Petition Date.[7]

In addition to these amounts, the Debtor owes an additional $1,274,396.84 to Leadiant relating to purchase orders for Generic Tablets placed by the Debtor prior to the Petition Date, which were pending delivery at the time of the Debtor's bankruptcy filing:

---

[4] Any capitalized term that is not otherwise defined herein shall have the meaning ascribed to such term in the License Agreement, as applicable.

[5] This amount relates to (x) $137,243.29 in minimum royalties owed to Leadiant (after accounting for actual royalties received) for the contract period from April 1, 2022 through December 31, 2022, and (y) $48,250.04 in minimum royalties owed to Leadiant for the first quarter of 2023. Upon information and belief, records of all sales during the periods reflected herein are in the Debtors' possession and control. A redacted form of the royalty report provided by Shauna Weisser of Akorn to Leadiant on January 25, 2023 is attached as **Exhibit "B"** hereto.

[6] This amount relates to the outstanding royalty owed to Leadiant for actual Generic Tablets sold by the Debtor for the fourth quarter of 2022.

[7] Redacted copies of the foregoing invoices are attached as **Exhibit "C"** hereto.

2

| **Purchase Order Number** | **Outstanding Balance** |
|---|---|
| 219539 | $201,824.64 |
| 219548 | $211,824.96 |
| 219550 | $210,915.84 |
| 219552 | $217,450.14 |
| 220802 | $212,734.08 |
| 220805 | $219,647.18 |
| **TOTAL** | **$1,706,607.64**[8] |

In addition to the foregoing amounts, the Debtor is responsible for all additional amounts owed to Claimant after the Petition Date, which amounts are continuing to accrue under the terms of the License Agreement.

Claimant reserves the right to amend, update and/or supplement this Proof of Claim at any time and in any respect and to assert any and all other claims of whatever kind or nature that Claimant has, or it may have, against the Debtor, including for failure to comply with pharmacovigilance obligations to Leadiant, including, but not limited to, under applicable law and regulation, and under the terms of the Safety Data Exchange Agreement by and among Leadiant and Akorn Operating Company, LLC, d/b/a Akorn, Inc. The filing of this Proof of Claim shall not be deemed (i) a waiver or release of any of Claimant's claims, rights and/or remedies against the Debtor and/or any other person and/or entity, (ii) an election of remedy, and/or (iii) a waiver or release of any setoff rights, and Claimant reserves all such claims, rights and remedies. This Proof of Claim is filed without prejudice to the filing by Claimant of additional proofs of claim with respect to any other liability or indebtedness.

---

[8] This amount reflects the total owed by the Debtor on account of pending invoices and purchase orders.

# *EXHIBIT A*



9841 Washingtonian Blvd., Suite 500
Gaithersburg, MD 20878
Tel: 301.948.1041
leadiant.com

**Rare Dedication**

March 7, 2022

Akorn Operating Company LLC, (as assignee of Akorn Holding Topco LLC), successor-in-interest to Akorn, Inc.
1925 West Field Court
Suite 300
Lake Forest, IL 60045

**Re: License Agreement between Akorn, Inc. and Leadiant Biosciences, Inc. (f/k/a Sigma-Tau Pharmaceuticals, Inc.) effective April 1, 2016 (the "Agreement")**

To Whom It May Concern:

Pursuant to Section 12 of the above-referenced Agreement, we hereby provide notice of termination, effective March 30, 2023.

Thank you.

Sincerely,

*[signature]*

Giuseppe Izzi

CFO

*EXHIBIT B*



Product: L-Carnitine Oral Sol.USP 118mL1 g/10 mL, Levocarnitine Tablets USP, 90330 mg
NDC: 50383-0171-04, 50383-0172-90
Royalty Partner: Leadiant Biosciences, Inc
Loss Rollover allowed- (y/n): Yes
Royalty %: 10% of Net Sales

**Summary 2022**

| | # Units | Gross sales | Net Sales | Royalty Payable |
|---|---|---|---|---|
| Jan-22 | | | | |
| Feb-22 | | | | |
| Mar-22 | | | | |
| | | | Q1 22 Balance Due | $ 377,871.30 |
| | | Add'l payment related to Minimum Guarantee per Contract | | 165,546.00 ** |
| | | | Total Q1 22 Royalty | 543,417.30 |

| | # Units | Gross sales | Net Sales | Royalty Payable |
|---|---|---|---|---|
| Apr-22 | | | | |
| May-22 | | | | |
| Jun-22 | | | | |
| | | | Q2 22 Balance Due | $ 55,017.69 |
| | | | Total Q2 22 Royalty | 55,017.69 |

| | # Units Sold | Gross sales | Net Sales | Royalty Payable |
|---|---|---|---|---|
| Jul-22 | | | | |
| Aug-22 | | | | |
| Sep-22 | | | | |

Levocarnitine Q4 2022.xlsx

|  | Q3 22 Balance Due | $ | 584,720.42 |
|---|---|---|---|
|  | Total Q3 22 Royalty |  | 584,720.42 |

|  | # Units Sold | Gross sales | Net Sales | Royalty Payable |
|---|---|---|---|---|
| Oct-22 | ■ | ■ | ■ | ■ |
| Nov-22 | ■ | ■ | ■ | ■ |
| Dec-22 | ■ | ■ | ■ | ■ |

|  | Q4 22 Balance Due | $ | 378,483.22 |
|---|---|---|---|
|  | Total Q4 22 Royalty |  | 378,483.22 |

# *EXHIBIT C*



Leadiant Biosciences, Inc.
9841 Washingtonian Boulevard, Suite 500
Gaithersburg, MD 20878
Tel: 301-948-1041
Fax: 301-948-1862

## ** INVOICE **

**Bill To:**
Accounts Payable
AKORN
1925 West Field Court
Lake Forest, IL  60045

**Ship To:**
AKORN, Inc.
5605 Centerpoint CT
Suite B
Gurnee, IL  60031

Invoice Nbr: 206273
Invoice Date: 30-Jan-2023
Customer ID: AKOR01-00
Due Date: 1-Mar-2023

Page: 1 of 1

| REFERENCE # | PO # | SHIP DATE | SHIP VIA | TERMS | ORDER # |
|---|---|---|---|---|---|
|  | 219546 | 30-Jan-2023 | Fedex Custom Critical Truck | Net 30 | 3169333 |

| ITEM NUMBER | DESCRIPTION | PRODUCT ID (NDC) | LOT NUMBER | QUANTITY / UOM | PRICE | Amount |
|---|---|---|---|---|---|---|
| 1122 0172-90 | Levocarnitine Tablets |  | 220982 | ▮ ▮ | ▮ | 214,381.86 USD |

**Notes:**

Subtotal: $214,381.86 USD
Shipping & Handling:
Freight: _____
Total: $ 214,381.86 USD

**REMIT WIRE PAYMENT TO:**
SunTrust Bank
ABA # 061000104    Swft Code:  SNTRUS3A
Account Name:  Leadiant Biosciences, Inc.
Account No. ▮▮▮▮▮▮▮▮4019


**Leadiant Biosciences**

Leadiant Biosciences, Inc.
9841 Washingtonian Boulevard, Suite 500
Gaithersburg, MD 20878
Tel: 301-948-1041
Fax: 301-948-1862

## ** INVOICE **

**Bill To:**
Accounts Payable
AKORN
1925 West Field Court
Lake Forest, IL  60045

**Invoice Nbr:** 206274
**Invoice Date:** 6-Feb-2023
**Customer ID:** AKOR01-00
**Due Date:** 8-Mar-2023

**Ship To:**
AKORN, Inc.
5605 Centerpoint CT
Suite B
Gurnee, IL  60031

Page: 1 of 1

| REFERENCE # | PO # | SHIP DATE | SHIP VIA | TERMS | ORDER # |
|---|---|---|---|---|---|
|  | 219535 | 6-Feb-2023 | Fedex Custom Critical Truck | Net 30 | 3169536 |

| ITEM NUMBER | DESCRIPTION | PRODUCT ID (NDC) | LOT NUMBER | QUANTITY / UOM | PRICE | Amount |
|---|---|---|---|---|---|---|
| 1122 0172-90 | Levocarnitine Tablets |  | 220983 | ▮ ▮ | ▮ | 217,828.94 USD |

**Notes:**

**Subtotal:** $217,828.94 USD
**Shipping & Handling:**
**Freight:** _____
**Total:** $ 217,828.94 USD

**REMIT WIRE PAYMENT TO:**
**SunTrust Bank**
**ABA #** 061000104   **Swft Code:** SNTRUS3A
**Account Name:** Leadiant Biosciences, Inc.
**Account No.** ▮▮▮▮▮▮4019