IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50160 (KBO)<br><br>**Re: D.I. 1, 6, 12, 13** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 11, 2025 (the "Complaint") [Adv. Docket No. 1].

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

3. On July 17, 2025, Defendant filed the *Motion to Dismiss* [Adv. D.I. 12] and the *Brief in Support of the Motion to Dismiss* [Adv. D.I. 13] (collectively the "Motion to Dismiss").

4. Plaintiff's deadline to response to the Motion to Dismiss is July 31, 2025.

5. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines under the Procedures Order are extended by 28 days.

6. Plaintiff and Defendant hereby stipulate that Plaintiff's deadline to respond to the Motion to Dismiss is extended by 28 days, to and including to August 28, 2025.

Dated: July 28, 2025

| **SAUL EWING LLP** | **GELLERT SEITZ BUSENKELL & BROWN, LLC** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Amy D. Brown* |
| Evan T. Miller (DE Bar No. 5364) | Amy D. Brown |
| Paige N. Topper (DE Bar No. 6470) | Michael G. Busenkell |
| 1201 N. Market Street, Suite 2300 | 1201 N Orange Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302)425-5800 |
| evan.miller@saul.com | abrown@gsbblaw.com |
| paige.topper@saul.com | mbusenkell@gsbblaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |