**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50160 (KBO) |
| v. | |
| LEADIANT BIOSCIENCES, INC., | **Re: Adv. D.I. 1, 6, 12, 13, 14** |
| Defendant. | |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATED CONSENT ORDER**

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al*. (the "Plaintiff"), hereby certifies as follows:

1. On July 17, 2025, defendant Leadiant Biosciences, Inc. ("Defendant") filed the *Motion to Dismiss* [Adv. D.I. 12] and the *Brief in Support of the Motion to Dismiss* [Adv. D.I. 13] (collectively the "Motion to Dismiss").

2. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 14], Plaintiff and Defendant stipulated that Plaintiff's deadline to respond to the Motion to Dismiss was extended by 28 days, to and including to August 28, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3. Plaintiff and Defendant seek to further extend these deadlines in order to discuss resolution of the case.

4. Plaintiff and Defendant have agreed to the proposed form of order and stipulation attached hereto as **Exhibit 1**, extending Plaintiff's deadline to respond to the Motion to Dismiss is extended by 28 days, to and including to September 25, 2025.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

|  |  |
|---|---|
| Dated: August 28, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>/s/ Evan T. Miller<br>Evan T. Miller (No. 5364)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Tel: (302) 421-6800<br>E-mail: evan.miller@saul.com<br>          paige.topper@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.* |