-5-

# EXHIBIT 1

## Stipulation to Extend Time

Case 25-50160-KBO  Doc 19-1  Filed 08/28/25  Page 1 of 3

**STIPULATION TO EXTEND TIME**

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Leadiant Biosciences, Inc. (the "Defendant"), hereby stipulate as follows:

5. Plaintiff filed its complaint against Defendant on February 11, 2025 (the "Complaint") [Adv. Docket No. 1].

6. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

7. On July 17, 2025, Defendant filed the *Motion to Dismiss* [Adv. D.I. 12] and the *Brief in Support of the Motion to Dismiss* [Adv. D.I. 13] (collectively the "Motion to Dismiss").

8. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 14], Plaintiff and Defendant stipulated that all unexpired deadlines under the Procedures order were extended by 28 days, and that Plaintiff's deadline to respond to the Motion to Dismiss was extended by 28 days, to and including to August 28, 2025.

9. Plaintiff and Defendant seek to further extend these deadlines in order to discuss resolution of the case.

10. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines under the Procedures Order are extended by an additional 28 days from the parties' prior agreed Stipulation.

11. Plaintiff and Defendant hereby stipulate that Plaintiff's deadline to respond to the Motion to Dismiss is extended by an additional 28 days, to and including to September 25, 2025.

**SO AGREED:**

Dated: August 28, 2025

| **SAUL EWING LLP** | **GELLERT SEITZ BUSENKELL & BROWN, LLC** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Amy D. Brown* |
| Evan T. Miller (DE Bar No. 5364) | Amy D. Brown |
| Paige N. Topper (DE Bar No. 6470) | Michael G. Busenkell |
| 1201 N. Market Street, Suite 2300 | 1201 N Orange Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302)425-5800 |
| evan.miller@saul.com | abrown@gsbblaw.com |
| paige.topper@saul.com | mbusenkell@gsbblaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |