# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50160 (KBO)<br><br>**Re: Adv. D.I. 1, 6, 12, 13, 14, 19** |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATED CONSENT ORDER

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al*. (the "Plaintiff"), hereby certifies as follows:

1. On July 17, 2025, defendant Leadiant Biosciences, Inc. ("Defendant") filed the *Motion to Dismiss* [Adv. D.I. 12] and the *Brief in Support of the Motion to Dismiss* [Adv. D.I. 13] (collectively the "Motion to Dismiss").

2. Pursuant to the *Stipulated Consent order to Extend Time* [Adv. D.I. 19], Plaintiff and Defendant stipulated that Plaintiff's deadline to respond to the Motion to Dismiss was extended by 28 days, to and including September 25, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3. Plaintiff and Defendant have reached a settlement resolving their disputes in this case and the main bankruptcy case, which is being finalized for Court approval.

4. Plaintiff and Defendant seek to further extend these deadlines in order to finalize resolution of the case.

5. Plaintiff and Defendant have agreed to the proposed form of order and stipulation attached hereto as **Exhibit 1**, extending all unexpired deadlines under the Procedures Order, including Plaintiff's deadline to respond to the Motion to Dismiss, by 60 days, to and including to November 24, 2025.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: September 23, 2025
Wilmington, Delaware

**SAUL EWING LLP**

 /s/ Evan T. Miller
Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Tel: (302) 421-6800
E-mail: evan.miller@saul.com
           paige.topper@saul.com

*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.*