## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[2] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50160 (KBO) |
| v. | |
| LEADIANT BIOSCIENCES, INC., | **Adv. Re: D.I. 1, 6, 12, 13, 14, 19** |
| Defendant. | |

### STIPULATED CONSENT ORDER TO EXTEND TIME

The Court having considered the *Stipulation to Extend Time* attached hereto as Exhibit 1, it is HEREBY ORDERED THAT:

1.      The Stipulation to Extend Time is approved.

2.      All unexpired deadlines under the Procedures Order, including Plaintiff's deadline to respond to the Motion to Dismiss, are extended by 60 days, to and including to November 24, 2025.

3.      This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

**Dated: September 24th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.